UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Power Construction Company, LLC, et al.

                                          Plaintiff,

v.                                                                    Case No.: 1:23−cv−03658
                                                                         Honorable Beth W. Jantz

Hastings Mutual Insurance Company

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Motion to Stay Rulings on the Parties' Motions for Summary Judgment [90] is GRANTED. The parties are ordered to file a joint status report by 4/15/25 regarding the outcome of their scheduled mediation on 3/31/25. Plaintiffs' Motion to Supplement [91] is DENIED without prejudice. The Court will address the issues raised in that motion following the parties' mediation, if necessary. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.